# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR BARAJAS VARELA, an individual,<br><br>                               Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>                              Defendants. | Case No.: 3:17-cv-02490-H-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>[Doc. No. 5] |

      On December 12, 2017, Plaintiff filed a petition for de novo naturalization hearing pursuant to 8 U.S.C. § 1447(b). (Doc. No. 1.) On February 28, 2018, the parties filed a joint motion to dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 5.) In their motion, the parties explain that Defendant United States Citizenship and Immigration Services ("USCIS") has agreed to adjudicate Plaintiff's application for naturalization within the next thirty days. (Id.) Plaintiff reserves the right to refile his petition if USCIS does not so adjudicate. (Id.) For good cause shown, the Court **GRANTS** the joint motion to dismiss without prejudice. The Clerk is directed to close the case.

      **IT IS SO ORDERED.**

DATED: February 28, 2018

                                                        MARILYN L. HUFF, District Judge
                                                        UNITED STATES DISTRICT COURT